# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAYLAN FRANKLIN

NO. 2019 KW 1439

**OCTOBER 30, 2019**

---

In Re:    State Of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-18-0652.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

   **REQUEST FOR STAY DENIED.**

                              **VGW**
                              **JMG**
                              **WJC**

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
        FOR THE COURT